`

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION



**EOD**

04/16/2026

IN RE:

Royce Verl Long
4580 Meadowbrook Ln.
Vidor , TX 77662
SSN: XXX-XX-9303
Debtor

Case No. 23-10296 jps
Chapter: 13

### ORDER DISMISSING WITHOUT PREJUDICE APPLICATION TO EMPLOY (NUNC PRO TUNC) APPLICATION TO EMPLOY (NUNC PRO TUNC)

ON THIS DATE the Court considered a **Application to Employ (Nunc Pro Tunc)** (The "Motion") filed by **Royce Verl Long** on **March 25, 2026**. The Court finds that the Motion fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include proper negative notice language in required format.**LBR 9007; 1007; 1017; 2004; 2014; 3015; 4001; 4003; 6004; 6007**

**IT IS THEREFORE ORDERED** that the **Application to Employ (Nunc Pro Tunc)** filed by **Royce Verl Long** on **March 25, 2026** is hereby **DISMISSED** without prejudice since it fails to comply with the Local Rules of Bankruptcy Procedure.

Signed on 4/16/2026

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE